# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| NICKEY JOE HARGETT, | ) |
| Movant, | ) |
| | ) No. 2:13-CV-04143-NKL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

Before the Court is Nickey Joe Hargett's *pro se* motion for a certificate of appealability [Doc. 15]. The Court will issue a certificate of appealability only if "the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons discussed in the Court's Order [Doc. 13] denying Hargett's *pro se* motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [Doc. 1], Hargett has not made a substantial showing of the denial of a constitutional right. Consequently, the Court will not issue a certificate of appealability.

Hargett's *pro se* motion for a certificate of appealability [Doc. 15] is DENIED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 7, 2014
Jefferson City, Missouri